# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LESTER G. VOYLES & SHARON B. VOYLES          Case Number: 07-71598
3351 S. KNOLL ROAD                    SSN-xxx-xx-2159 & xxx-xx-4377
ROCHELLE, IL  61068

|  |  |
|---|---|
| Case filed on: | 7/5/2007 |
| Plan Confirmed on: | 9/28/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan:  $900.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,500.00 | 2,500.00 | 841.51 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 841.51 | 0.00 |
|  |  |  |  |  |  |
| 003 | ASSOCIATES FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PALISADES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WACHOVIA MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | LESTER G. VOYLES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | BARCLAYS CAPITAL REAL ESTATE INC dba | 16,968.47 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 16,968.47 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | ROUNDUP FUNDING LLC | 1,903.83 | 1,903.83 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 1,187.05 | 1,187.05 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 444.51 | 444.51 | 0.00 | 0.00 |
| 008 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | VATIV RECOVERY SOLUTIONS LLC | 142.19 | 142.19 | 0.00 | 0.00 |
| 011 | VATIV RECOVERY SOLUTIONS LLC | 520.22 | 520.22 | 0.00 | 0.00 |
| 012 | ALLIED BUSINESS ACCOUNTS INC | 625.78 | 625.78 | 0.00 | 0.00 |
| 013 | VATIV RECOVERY SOLUTIONS LLC | 116.54 | 116.54 | 0.00 | 0.00 |
|  | Total Unsecured | 4,940.12 | 4,940.12 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 24,408.59 | 7,440.12 | 841.51 | 0.00 |

Total Paid Claimant:      $841.51
Trustee Allowance:        $58.49          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00     discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

                    /s/ Lydia S. Meyer
                    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan